FILED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY 2 5 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __2:05CR127-T__ |
| | ) | [18 U.S.C. § 500] |
| CAROLYN A. JACKSON | ) | |
| | ) | INDICTMENT |

The Grand Jury Charges that:

COUNTS 1-136

Between March 26, 2004, and February 18, 2005, in Mount Meigs, Montgomery County, Alabama, and Hardaway, Macon County, Alabama, both within the Middle District of Alabama, the defendant,

CAROLYN A. JACKSON,

did knowingly and unlawfully issue money orders without having previously received and paid the full amount of money payable therefor, with the purpose of fraudulently obtaining and receiving, and fraudulently enabling any other person, either directly or indirectly, to obtain and receive from the United States Postal Service, any sum or money whatever, as follows:

| Count | Money Order NO. | Date | Amount | Fee |
|---|---|---|---|---|
| 1 | 9,175,182,658 | 4/19/2004 | $115.00 | $0.90 |
| 2 | 9,175,182,955 | 4/26/2004 | $200.00 | $0.90 |
| 3 | 9,175,182,991 | 6/08/2004 | $850.00 | $1.25 |
| 4 | 9,197,543,059 | 6/07/2004 | $100.00 | $0.90 |
| 5 | 9,197,543,079 | 6/17/2004 | $750.00 | $1.25 |
| 6 | 9,197,543,313 | 7/13/2004 | $191.00 | $0.90 |
| 7 | 9,219,161,822 | 1/15/2005 | $97.00 | $0.90 |
| 8 | 9,219,161,823 | 1/15/2005 | $183.00 | $0.90 |
| 9 | 9,219,161,825 | 1/18/2005 | $30.00 | $0.90 |
| 10 | 9,219,161,826 | 1/18/2005 | $313.00 | $0.90 |
| 11 | 9,219,161,827 | 1/18/2005 | $65.00 | $0.90 |
| 12 | 9,219,161,830 | 1/18/2005 | $18.00 | $0.90 |

| Count | Money Order NO. | Date | Amount | Fee |
|---|---|---|---|---|
| 13 | 9,219,161,831 | 1/19/2005 | $58.08 | $0.90 |
| 14 | 9,219,161,832 | 1/19/2005 | $64.98 | $0.90 |
| 15 | 9,219,161,834 | 1/20/2005 | $57.58 | $0.90 |
| 16 | 9,219,161,835 | 1/20/2005 | $20.00 | $0.90 |
| 17 | 9,219,161,836 | 1/20/2005 | $20.00 | $0.90 |
| 18 | 9,219,161,837 | 1/20/2005 | $40.00 | $0.90 |
| 19 | 9,219,161,838 | 1/22/2005 | $120.25 | $0.90 |
| 20 | 9,219,161,841 | 1/21/2005 | $570.00 | $1.25 |
| 21 | 9,219,161,842 | 1/25/2005 | $25.00 | $0.90 |
| 22 | 9,219,161,843 | 1/26/2005 | $27.12 | $0.90 |
| 23 | 9,219,161,844 | 1/26/2005 | $25.22 | $0.90 |
| 24 | 9,219,161,845 | 1/26/2005 | $16.45 | $0.90 |
| 25 | 9,219,161,846 | 1/27/2005 | $51.82 | $0.90 |
| 26 | 9,219,161,847 | 1/27/2005 | $27.20 | $0.90 |
| 27 | 9,219,161,848 | 1/27/2005 | $101.85 | $0.90 |
| 28 | 9,219,161,849 | 1/27/2005 | $18.00 | $0.90 |
| 29 | 9,219,161,850 | 1/30/2005 | $300.00 | $0.90 |
| 30 | 9,219,161,851 | 1/30/2005 | $450.00 | $0.90 |
| 31 | 9,219,161,852 | 1/30/2005 | $400.00 | $0.90 |
| 32 | 9,219,161,853 | 1/30/2005 | $42.00 | $0.90 |
| 33 | 9,219,161,854 | 1/30/2005 | $5.00 | $0.90 |
| 34 | 9,219,161,856 | 2/01/2005 | $58.73 | $0.90 |
| 35 | 9,219,161,857 | 2/01/2005 | $54.27 | $0.90 |
| 36 | 9,219,161,858 | 2/02/2005 | $90.00 | $0.90 |
| 37 | 9,219,161,859 | 2/02/2005 | $65.11 | $0.90 |
| 38 | 9,219,161,860 | 2/05/2005 | $21.41 | $0.90 |
| 39 | 9,219,161,861 | 2/05/2005 | $30.48 | $0.90 |
| 40 | 9,219,161,862 | 2/05/2005 | $50.00 | $0.90 |
| 41 | 9,219,161,863 | 2/05/2005 | $45.90 | $0.90 |
| 42 | 9,219,161,864 | 2/05/2005 | $12.48 | $0.90 |
| 43 | 9,219,161,865 | 2/05/2005 | $20.00 | $0.90 |
| 44 | 9,219,161,866 | 2/05/2005 | $20.00 | $0.90 |
| 45 | 9,219,161,867 | 2/05/2005 | $50.00 | $0.90 |
| 46 | 9,219,161,868 | 2/05/2005 | $288.60 | $0.90 |
| 47 | 9,219,161,869 | 2/08/2005 | $20.00 | $0.90 |
| 48 | 9,219,161,870 | 2/08/2005 | $200.00 | $0.90 |
| 49 | 9,219,161,871 | 2/08/2005 | $200.00 | $0.90 |
| 50 | 9,219,161,872 | 2/08/2005 | $200.00 | $0.90 |
| 51 | 9,219,161,873 | 2/08/2005 | $50.00 | $0.90 |
| 52 | 9,219,161,874 | 2/08/2005 | $50.00 | $0.90 |
| 53 | 9,219,161,876 | 2/10/2005 | $600.00 | $1.25 |
| 54 | 9,219,161,877 | 2/10/2005 | $150.00 | $0.90 |
| 55 | 9,219,161,878 | 2/10/2005 | $53.25 | $0.90 |

| Count | Money Order NO. | Date | Amount | Fee |
|---|---|---|---|---|
| 56 | 9,219,161,879 | 2/10/2005 | $25.65 | $0.90 |
| 57 | 9,219,161,880 | 2/10/2005 | $600.00 | $1.25 |
| 58 | 9,219,161,881 | 2/15/2005 | $58.77 | $0.90 |
| 59 | 9,219,161,882 | 2/15/2005 | $125.37 | $0.90 |
| 60 | 9,219,161,883 | 2/15/2005 | $100.00 | $0.90 |
| 61 | 9,175,874,498 | 3/26/2004 | $87.00 | $0.90 |
| 62 | 9,198,001,844 | 9/11/2004 | $309.00 | $0.90 |
| 63 | 9,198,001,868 | 10/5/2004 | $430.00 | $0.90 |
| 64 | 9,219,442,490 | 12/8/2004 | $450.00 | $0.90 |
| 65 | 9,219,849,008 | 2/02/2005 | $175.00 | $0.90 |
| 66 | 9,219,849,009 | 2/02/2005 | $340.00 | $0.90 |
| 67 | 9,219,849,010 | 2/02/2005 | $58.21 | $0.90 |
| 68 | 9,219,849,011 | 2/02/2005 | $37.37 | $0.90 |
| 69 | 9,219,849,012 | 2/02/2005 | $63.71 | $0.90 |
| 70 | 9,219,849,013 | 2/02/2005 | $9.95 | $0.90 |
| 71 | 9,219,849,014 | 2/02/2005 | $97.76 | $0.90 |
| 72 | 9,219,849,015 | 2/02/2005 | $130.00 | $0.90 |
| 73 | 9,219,849,016 | 2/03/2005 | $92.00 | $0.90 |
| 74 | 9,219,849,017 | 2/03/2005 | $44.00 | $0.90 |
| 75 | 9,219,849,018 | 2/04/2005 | $109.00 | $0.90 |
| 76 | 9,219,849,019 | 2/04/2005 | $60.00 | $0.90 |
| 77 | 9,219,849,020 | 2/04/2005 | $27.33 | $0.90 |
| 78 | 9,219,849,021 | 2/04/2005 | $190.00 | $0.90 |
| 79 | 9,219,849,022 | 2/04/2005 | $25.00 | $0.90 |
| 80 | 9,219,849,023 | 2/04/2005 | $126.13 | $0.90 |
| 81 | 9,219,849,024 | 2/04/2005 | $45.50 | $0.90 |
| 82 | 9,219,849,025 | 2/04/2005 | $110.00 | $0.90 |
| 83 | 9,219,849,026 | 2/04/2005 | $15.00 | $0.90 |
| 84 | 9,219,849,027 | 2/04/2005 | $20.00 | $0.90 |
| 85 | 9,219,849,028 | 2/04/2005 | $19.15 | $0.90 |
| 86 | 9,219,849,029 | 2/04/2005 | $61.00 | $0.90 |
| 87 | 9,219,849,030 | 2/04/2005 | $60.00 | $0.90 |
| 88 | 9,219,849,031 | 2/04/2005 | $108.00 | $0.90 |
| 89 | 9,219,849,032 | 2/04/2005 | $290.00 | $0.90 |
| 90 | 9,219,849,033 | 2/04/2005 | $10.00 | $0.90 |
| 91 | 9,219,849,034 | 2/04/2005 | $100.00 | $0.90 |
| 92 | 9,219,849,035 | 2/04/2005 | $100.00 | $0.90 |
| 93 | 9,219,849,036 | 2/05/2005 | $50.00 | $0.90 |
| 94 | 9,219,849,037 | 2/04/2005 | $51.31 | $0.90 |
| 95 | 9,219,849,038 | 2/04/2005 | $77.53 | $0.90 |
| 96 | 9,219,849,039 | 2/04/2005 | $115.18 | $0.90 |
| 97 | 9,219,849,040 | 2/04/2005 | $240.00 | $0.90 |
| 98 | 9,219,849,041 | 2/04/2005 | $449.95 | $0.90 |

| Count | Money Order NO. | Date | Amount | Fee |
|---|---|---|---|---|
| 99 | 9,219,849,042 | 2/07/2005 | $214.69 | $0.90 |
| 100 | 9,219,849,043 | 2/10/2005 | $15.00 | $0.90 |
| 101 | 9,219,849,044 | 2/10/2005 | $15.00 | $0.90 |
| 102 | 9,219,849,045 | 2/10/2005 | $59.00 | $1.25 |
| 103 | 9,219,849,046 | 2/12/2005 | $81.60 | $0.90 |
| 104 | 9,219,849,047 | 2/12/2005 | $65.00 | $0.90 |
| 105 | 9,219,849,048 | 2/12/2005 | $50.00 | $0.90 |
| 106 | 9,219,849,049 | 2/12/2005 | $500.00 | $0.90 |
| 107 | 9,219,849,050 | 2/12/2005 | $30.00 | $0.90 |
| 108 | 9,219,849,051 | 2/12/2005 | $20.00 | $0.90 |
| 109 | 9,219,849,052 | 2/12/2005 | $20.00 | $0.90 |
| 110 | 9,219,849,053 | 2/12/2005 | $20.00 | $0.90 |
| 111 | 9,219,849,054 | 2/12/2005 | $45.34 | $0.90 |
| 112 | 9,219,849,055 | 2/12/2005 | $43.16 | $0.90 |
| 113 | 9,219,849,056 | 2/12/2005 | $100.00 | $0.90 |
| 114 | 9,219,849,057 | 2/12/2005 | $124.71 | $0.90 |
| 115 | 9,219,849,058 | 2/12/2005 | $116.09 | $0.90 |
| 116 | 9,219,849,059 | 2/12/2005 | $200.00 | $0.90 |
| 117 | 9,219,849,060 | 2/12/2005 | $100.00 | $0.90 |
| 118 | 9,219,849,061 | 2/12/2005 | $200.00 | $0.90 |
| 119 | 9,219,849,062 | 2/12/2005 | $100.00 | $0.90 |
| 120 | 9,219,849,063 | 2/12/2005 | $100.00 | $0.90 |
| 121 | 9,219,849,064 | 2/12/2005 | $150.00 | $0.90 |
| 122 | 9,219,849,065 | 2/12/2005 | $50.00 | $0.90 |
| 123 | 9,219,849,066 | 2/12/2005 | $100.00 | $0.90 |
| 124 | 9,219,849,067 | 2/12/2005 | $75.28 | $0.90 |
| 125 | 9,219,849,068 | 2/12/2005 | $75.00 | $0.90 |
| 126 | 9,219,849,069 | 2/12/2005 | $80.00 | $0.90 |
| 127 | 9,219,849,070 | 2/12/2005 | $112.00 | $0.90 |
| 128 | 9,219,849,071 | 2/12/2005 | $40.00 | $0.90 |
| 129 | 9,219,849,072 | 2/12/2005 | $20.00 | $0.90 |
| 130 | 9,219,849,073 | 2/14/2005 | $91.50 | $0.90 |
| 131 | 9,219,849,074 | 2/14/2005 | $120.00 | $0.90 |
| 132 | 9,219,849,075 | 2/14/2005 | $39.46 | $0.90 |
| 133 | 9,219,849,076 | 2/14/2005 | $77.00 | $0.90 |
| 134 | 9,219,849,077 | 2/14/2005 | $23.00 | $0.90 |
| 135 | 9,219,849,078 | 2/14/2005 | $22.00 | $0.90 |
| 136 | 9,219,849,079 | 2/14/2005 | $7.00 | $0.90 |

All in violation of Title 18, United States Code, Section 500.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Tommie Brown Hardwick
Assistant United States Attorney