# COURTROOM DEPUTY'S MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: 6-9-2005

- ☒ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ PRELIMINARY (EXAMINATION) (HEARING)
- ☐ REMOVAL HEARING (R.40)
- ☒ ARRAIGNMENT

Digital Recording 3:26 to 3:46 pm

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql
CASE NO.: 2:05CR127-T    DEFT. NAME: Carolyn A. JACKSON
AUSA: Speirs    DEFT. ATTY: Nastrom
Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO Appt.

PTSO: Thweatt
USPO: _____
Defendant ___ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES   Name: _____

- ☒ Date of Arrest 6-9-05 or ☐ Arrest Rule 40
- ☒ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
- ☒ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- ☐ Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐held; ☐ set for _____ at _____
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☒ Release order entered. Deft advised of conditions of release
- ☒ BOND EXECUTED (M/D AL charges) $ 10,000. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☒ ARRAIGNMENT ☒ HELD. Plea of NOT GUILTY entered. ☐Set for _____
    DISCOVERY DISCLOSURE DATE: 6-14-05
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for _____
- ☐ Waiver of Speedy Trial Act Rights executed