**COURTROOM DEPUTY'S MINUTES**  **DATE:** 8/8/05

**MIDDLE DISTRICT OF ALABAMA**  **Digital Recording:** 11:09 - 11:11

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Delores R. Boyd  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr127-T  **DEFENDANT(S):** Carolyn A. Jackson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | | Kevin Butler |

**☐ DISCOVERY STATUS:** SATISFIED

**☐ PENDING MOTION STATUS:** NONE

**☐ PLEA STATUS:**
Likely Plea
Either 8/22/05 or 9/19/05 Plea Docket
Notation of Plea Docket Date in Notice of Intent

**☐ TRIAL STATUS** 2 Days Trial

**☐ REMARKS:**