# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
☒ Northern  ☐ Southern  ☐ Eastern

### COURTROOM DEPUTY MINUTES

**DATE:** 10/3/2005  **TIME/DIGITAL RECORDING:** 1:08 – 1:28 pm

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** S. Q. Long, Jr.  **CRT RPTR:** Risa Entrekin

**CASE NO.** 2:05cr127-T  **USA vs.** Carolyn A. JACKSON

**DEFT ATTY:** Butler
☒ FD  ☐ CJA  ☐ Ret  ☐ Waived  ☐ Standing In  ☐ Retain Cnsl Ntc.
**COURT APPOINTS:** ☐ FD  ☐ CJA  ☐ Deft. to Retain Counsel _____

**SUSA:** Hardwick  **USPO/USPTS:** _____

**Interpreter Needed:** ☐ Yes  ☒ No  Name: _____

**LOCATION:** ☐ ARREST: _____  ☐ LC  ☐ LO  ☐ LR  ☐ Kars 40

**HEARING**  Held/Set:
☐ IA. Dft. Advised of Rights  ☐ DETENTION  ☐ PRLHRG
☐ RULE44HRG  ☐ BOND HRG  ☐ PROB/SUP REL VIOLATOR

☐ ARR  PLEA Entered: ☐ Guilty ☐ Not Guilty
Ptrl Cnf Set: _____  Disc DDL Set: _____

☒ CHGPLHRG/CONSENT PLEA  Held  ☐ Set for: _____

☒ Written PLEA AGREEMENT  Filed/Executed  ☐ Oral Agreement

☒ GUILTY PLEA/Counts: 3, 5, 53

☒ COUNTS/DISM/GVT _____  ☐ Oral Motion  ☒ At Sentencing

☐ TRIAL Set For: _____  SENTENCING Set for: _____

**WAIVERS/CONSENT/AFF:**
☐ FINAFF  ☐ WVRPRLHRG.  ☐ WVRR40hrg
☐ WVINDICTMENT Executed & Filed  ☐ INFORMATION filed
☐ CONSENT TO PROCEED Executed
☐ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term: _____

**MOTIONS:**
☐ DTNHRG  ☐ Written  ☐ Oral  /  ☐ Govt  ☐ Deft
Detention Hearing Set For: _____
☐ Other _____

**ORDERS:**
☐ BOND Executed $ _____
☒ Cont'd Bond Imposed: _____
☐ Conditions of Release. *Defendant advised of conditions.*
☐ Probable Cause. *Defendant bound over to Grand Jury*
☐ Remvldist _____  ☐ Rem Hrg. Set: _____
☐ Temporary Detention Pending *Hearing*  ☐ Pending *Trial*
☐ Seal _____
☐ Other _____

**COMMENTS:**