# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE             AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JANUARY 26, 2006             AT   10:31   A.M./P.M.

DATE COMPLETED   JANUARY 26, 2006             AT   10:45   A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
    v                             )   Cr No. 2:05cr127-MHT
                                  )
CAROLYN A. JACKSON                )

---

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Tommie Hardwick | X | Atty Kevin Butler |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   SENTENCING HEARING


10:31  a.m.    Sentencing hearing commenced.
               Terms of plea agreement were stated on the record; PO
               concurs with plea agreement;  Court **accepts plea agreement**.
               Sentence imposed.  Order entered releasing and continuing
               the defendant under the same conditions previously imposed
               by the Magistrate Judge pending voluntary surrender.
               Government's **oral motion** to dismiss counts 1, 2, 4, 6-52,
               and 54-136; **ORAL ORDER** granting motion to dismiss remaining
               counts.
10:45  a.m.    Hearing concluded.